DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH JAMES ADAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2024-0295 and 4D2024-0309

[March 21, 2024]

Consolidated appeals of orders denying rule 3.850 motions from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case Nos. 502001CF008022A; 501989CF014708A; 501989CF016438A and 501990CF000507A.

Keith James Adams, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***